AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | 1:20-mj-383 |
| DONALD ROBERT RICHARDS III, | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 8 - December 23, 2019___ in the county of ___Marion___ in the
___Southern___ District of ___Indiana___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1 and 2: 18 U.S.C. § 2251 (a) and (e) | Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child |
| Count 3: 18 U.S.C. § 2252(a)(2) | Distribution / Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Darin Odier_
*Complainant's signature*

Darin Odier, TFO FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___
___telephone___ (*reliable electronic means*)

Date: ___04/17/2020___

City and state: ___Indianapolis, IN___

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Darin Odier, being duly sworn, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department (IMPD). I am also a cross-designated Task Force officer assigned to the FBI's Indianapolis Violent Crimes Against Children Task Force.

2. **Experience**: I have over 31 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended and presented at the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes federal, state, and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

1

4.   **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause that Donald Robert Richards III (RICHARDS) committed criminal offenses.

5.   **Probable Cause:** For the reasons listed below, there is probable cause to believe that Donald Robert Richards III, DOB xx-xx-1989  (known to Affiant, but redacted) has committed the following offenses in the Southern District of Indiana and elsewhere:

A.   **Counts 1-2: Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child**:  On or between June 8, 2019 and on or about December 23, 2019, within the Southern District of Indiana, in the Indianapolis area, Donald Robert Richards III sexually exploited Minor Victims 1 and 2, children who were each less than 18 years of age, by using each minor or attempting to use each minor to create visual depictions of Minor Victims 1 and 2 engaging in sexually explicit conduct, using materials that travelled in interstate or foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e);

B.     **Count 3:  Distribution / Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct:**  On or about December 23, 2019**,** within the Southern District of Indiana, in the Indianapolis area, and elsewhere, Donald Robert Richards III knowingly distributed visual depictions, using any means or facility of interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct, including at least one visual depiction of a child who the Defendant knew to be prepubescent or less than 12 years of age, in violation of 18 U.S.C. § 2252(a)(2);

6.     **Statutory authority:**

A.     **Sexual Exploitation of a Child and Attempt (18 U.S.C. § 2251(a) and (e)):** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or

in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

B.     **Distribution and Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (18 U.S.C. § 2252(a)(2)):** This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), which prohibits a person from knowingly receiving and distributing any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct;

7.     **Definitions**: The following definitions apply to this Affidavit:

A.     The term "minor," as defined in 18 U.S.C. § 2256(1), refers to

any person under the age of eighteen years.

B.    The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

C.    The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

8.    **Investigation of Donald Robert Richards III:** This investigation began when a detective in North Carolina, acting in an undercover capacity, communicated with Kik user "IndyXXXXXXX" in December of 2019. "IndyXXXXXXX" posted sexually explicit images of pre-pubescent minor females, and the detective chatted with "IndyXXXXXXX." who admitted that he was posting sexually explicit images of female relatives.  Based on the conduct and admissions of "IndyXXXXXXX," law enforcement made efforts to identify the Kik user and traced his location to Indianapolis, in the Southern District of Indiana.  On April 16, 2020, this Affiant obtained a search warrant and the execution of that search warrant led to the arrest of the Defendant for the charges and conduct detailed in

5

this affidavit.

9.     On April 16, 2020 this Affiant learned the following information from Detective J.B. Reid (Reid), a law enforcement officer with the Boone County, North Carolina Police Department. Detective J.B. Reid is a member of the Internet Crimes Against Children (ICAC) Taskforce and is experienced in ICAC investigations.

A.     On December 4th, 2019, Detective Reid began a proactive undercover investigation into the sexual exploitation of children via Kik Messenger.  Reid located a public Kik group displaying the name "Love it" with the identifier of "#tabuyung"[1.]  Reid utilized an undercover Kik Messenger account and joined the aforementioned group on December 4th, 2019 at approximately 1:30 p.m. EST.  All times listed within this affidavit are in Eastern Standard Time.  Reid saw that the profile picture for the group "Love it" / "#tabuyung" depicted a young child lying backwards and in the grasp of an adult, while an unknown liquid was being poured into the child's mouth and was covering the child's face.

B.     Reid could see that an individual identified as Kik user name "Jacky_xxx" (redacted but known to Affiant) was the owner of the Kik group, which was indicated by a green badge on her profile picture.  Reid did not view that there were any administrators within the group, nor did he view any group rules posted upon his entry to the group.

C.     Reid saw that Kik user "indyxxxxxxx" (display name: X x)

---

1 This Affiant knows that "taboo" is a term frequently used online to refer to child pornography by individuals with a sexual interest in children.

(Redacted but known to this Affiant) was a member of the Kik group, "Love it" / "#tabuyung".

D.    Reid observed that the following visual depictions were posted in the Kik group "Love it" / "#tabuyung" by Kik user "indyxxxxxxx" and Reid captured these depictions as evidence:

       i.    On or about December 11th, 2019:  a color image file depicting a prepubescent female minor, approximately 7-8 years old, lying face down with no pants or underwear on.  The prepubescent female has her legs spread and her genitals displayed in a lewd and lascivious manner.  The prepubescent female has no pubic hair present.

       ii.    On or about December 11th, 2019: a color image file depicting a prepubescent female, approximately 3-5 years old, lying on her back while not wearing pants or underwear.  The prepubescent female child has her legs spread and her genitals displayed in a lewd and lascivious manner.  An adult male is grasping his erect penis with his left hand and has his penis pressed against the leg/buttocks area of the child and within inches of her genitals.

       iii.    On or about January 14th, 2020: a color image file depicting a nude, prepubescent female, approximately 3-4 years old, lying on her back.  The focus of the image is the child's genitals, which are displayed in a lewd and lascivious manner.

E.      On or about December 18th, 2019, at approximately 1739 hours, Reid saw that Kik user "indyXXXXXXX" posted a message within "#tabuyung" which stated, "Any active parents into joining a special group lmk [let me know] must be able to verify".

F.      On or about December 18th, 2019, in an attempt to gather more information on the "special group" that Kik user "indyXXXXXXX" mentioned, Reid sent "indyXXXXXXX" a direct message asking, "Hey indy whats ur group abt"?  Kik user "indyXXXXXXX" replied, "Erotic parenting for parents who ate very active and enjoy sharing there experiences".

G.      On or about December 18th, 2019, within the private conversation, at approximately 1808 hrs, Kik user "indyXXXXXXX" sent Reid a color image file depicting an adult male's erect penis pressed against the genitals of a prepubescent female child, approximately 3-5 years old.  While sending the image file, Kik user "indyXXXXXXX" also stated, "Show me yours".  Reid asked, "Who is that" and Kik user "indyXXXXXXX" replied, "My [female relative][2]".  Reid asked, "How old is she" and Kik user "indyXXXXXXX" responded, "Shes 5".

H.      On or about December 19th, 2019, Reid asked, "how does everything work with ur [female relatives]", and on December 20, 2019, Kik user "indyXXXXXXX" replied, "Well they come over every weekend and they

---

2 Throughout this affidavit, the term "female relative" will be substituted for the term used by the Defendant to refer to his relationship to the Minor Victims.  This substitution is being made to protect the identity of Minor Victims 1 and 2.  The actual relationship between the Defendant and Minor Victims 1 and 2 is known to the Affiant, as is their actual identity. The Defendant always stated the actual relationship in the chats with the undercover detective.

want me to lick there pussy so I do.  I put porn on tv and and they usally explore".

I.    On December 23rd, 2019, in an effort to identify potential female minor(s) of Kik user "indyXXXXXXX", Reid asked, "U got any pics"?  Kik user "indyXXXXXXX" then sent two color image files.  The first image file depicted a prepubescent female, approximately 3-5 years old, lying on her stomach without any pants or underwear on.  The prepubescent female's legs are spread and her genitals are displayed in a lewd and lascivious manner.  The focus of the image is the child's genitals.  The second image file depicted an adult male pressing his erect penis into the buttocks area of a prepubescent female child, approximately 3-5 years old.  The female child's genitals are also displayed in a lewd and lascivious manner in the image.

J.    On December 24th, 2019, Reid asked, "Thats really ur [relatives]" and "How old r they"?  On December 25th, 2019, Kik user "indyXXXXXXX" replied, "3&5".

K.    On January 15th, 2020, in response to the image file that "indyXXXXXXX" posted within "#tabuyung", Reid asked, "Hey how old is the girl u posted in group"?  Kik user "indyXXXXXXX" replied, "5" and Reid asked, "Oh is that 1 of ur [relatives]"?  Kik user "indyXXXXXXX" answered, "Yes its my [female relative]".

10.    **Identifying Kik User "indyXXXXXXX":**

A.    On or about December 20th, 2019, an Administrative Subpoena

9

was sent from the North Carolina State Bureau of Investigation to Kik, *dba*
MediaLab.Ai, Inc. for subscriber information, with regards to the Kik user,
"indyXXXXXXX".

B.     On January 9th, 2020, Kik responded with subscriber
information for Kik user, "indyXXXXXXX".  The IP address 47.227.124.198
was consistent throughout the IP logs and on January 9th, 2020, an
Administrative Subpoena was sent from the North Carolina State Bureau of
Investigation to Charter Communications for IP address 47.227.124.198.  The
email address, "chrissyb1416@gmail.com," was also listed within the Kik
subscriber information for user "indyXXXXXXX" and showed that the email
address had been "confirmed."

C.     On January 9th, 2020, Charter Communications responded with
a return, indicating a subscriber who lived at xxxx E. Tabor Street,
Indianapolis, IN 46203-4411.  An email address and phone number were also
provided.  Reid located an Indiana Operator's License number matching the
name on the subscriber information at the Tabor Street address.

D.     On January 27th, 2020, an Administrative Subpoena was sent
from the North Carolina State Bureau of Investigation to Google LLC, for the
email address "chrissyb1416@gmail.com."   On February 6th, 2020, Google
LLC responded with responsive data associated with the account,
"chrissyb1416@gmail.com."  The recovery email address,
"brichards1534@gmail.com" was listed within the subscriber information as

well as IP address activity.  Within the IP address activity were the IP
addresses 2600:1:9227:daad:8cd9:1805:b9cb:ddc1 and
2600:1:9ba8:2ded:9ba1:35:9e57:5328.  On February 7th, 2020, an
Administrative Subpoena was sent from the North Carolina State Bureau of
Investigation to Sprint, with regards to these two IP addresses.  Sprint
responded with responsive data for these IP addresses.  One of the sets of
subscriber information showed a subject named Bobby Richards, with a date
of birth listed as 10/10/19xx and the email address,
"brichards1534@gmail.com" listed as the preferred communications method.
There were two billing addresses provided for Bobby Richards:

    i.  Effective: 11/2/2019: BOBBY RICHARDS, xxxx E TABOR ST,
        INDIANAPOLIS, IN 46203 (address redacted but known to Affiant)

    ii.  Effective: 10/10/2019: BOBBY RICHARDS, xxxx N SHERMAN DR.,
        INDIANAPOLIS, IN 46220 (address redacted but known to Affiant)

    E.    Using that information, Reid located a Facebook page for a
subject named "Bobby Richards (Donald Robert Richards III)" and the URL
for the page was "https://www.facebook.com/bobby.xxxxxxxx.xxxx" (redacted
but known to Affiant).  Among the pictures listed on the Facebook page were
pictures that Det. Reid had previously seen as profile pictures for Kik account
"indyXXXXXXX".  Reid viewed that "Bobby Richards" acknowledged himself
on this Facebook page as having two female relatives[3], and Reid viewed

---

[3] As per prior notation, this Facebook user, described the actual relationship between himself and the girls.

pictures of two young female children on the Facebook page of "Bobby Richards." The most recent picture of the two female children was posted on April 8th, 2020. Detective Reid also located a Facebook post by "Bobby Richards," dated October 29th, 2019, in which a name, later linked to the mother of Minor Victims 1 and 2, was mentioned.

F.      Reid searched Tracers for a subject named Donald Richards in Indianapolis, Indiana, and located a record for a subject named Donald R. Richards with a date of birth of xx/xx/1989 (redacted but known to Affiant). Reid also located an Indiana Operator's License for a subject named Donald R. Richards III, DOB xx/xx/1989 (redacted but known to Affiant).

11.      On April 16, 2020 investigators with the IMPD Cybercrimes Unit confirmed that Donald R. Richards III has two female relatives who are the same ages as the girls that "indyXXXXXXX" described in the online Kik chats with Detective Reid.

12.      On April 16, 2020, this Affiant obtained a search warrant in the Marion County Superior Court, authorizing the search of a vehicle, the residence xxxx E. Tabor Street (address redacted but known to this Affiant) and the person of Donald R. Richards III.

13.      On April 16, 2020, this Affiant and assisting officers with the Indiana Crimes Against Children task force executed the search warrants. Donald R. Richards III was located on the property of xxxx E.Tabor Street, as were his two female relatives, ages 5 and 3. Also found in Richards' room in the residence, in

immediate proximity to where the children were located, was suspected methamphetamine as well as syringes.

14.     In an interview recorded with audio and video, this Affiant read Richards his Miranda rights, which Richards acknowledged understanding. Richards, who goes by the first name of Bobby, stated that he rents a room at the residence for himself and the two minor females. Richards stated that he has a cell phone in a green case in his bedroom. When this Affiant asked for the passcode to the cell phone, Richards said that he wanted to talk to a lawyer, thus ending the interview.

15.     This Affiant also interviewed another person in the residence, Witness 1 (identity known to Affiant bur redacted).  Witness 1 stated he has been friends with Richards since high school and has been staying on the couch in the residence for about 2 months. Witness 1 admitted that he and Richards used methamphetamine.  Witness 1 stated that until this past Friday, April 10, 2020, he and Richards had worked together at George's Concrete Company. Witness 1 described the shirts they wore at work as "Hi-vis yellow or green."  Witness 1 also showed me an email he sent to Richards on February 15, 2020**.** The email address was sent to Richards at brichards1534@gmail.com.

16.     **Forensic triage:**  A preliminary triage and examination of multiple digital devices recovered in Richards' bedroom was done on-scene. While not yet complete, the initial examination of three devices found visual depictions of minors engaged in sexually explicit conduct.

13

A.    <u>Blue Flash Drive:</u> A blue generic flash drive with an adapter held multiple images of prepubescent females with their vaginal area exposed.

i.    IMG_20190608_053120 is a close-up image of the vaginal area of a prepubescent female.  Visible in the image is an adult's thumb and index fingers spreading the genitals open.  The thumbnail of the adult is noticeably dirty.

ii.    The above described image and several others on the blue flash drive contain EXIF data. This EXIF data shows longitude/latitude in the immediate area of xxxx E Tabor St Indianapolis, IN 46203.  This Affiant knows that, based on this data, this image was created in the immediate area of xxxx E. Tabor Street.

iii.    While this Affiant was present in the residence, I observed Richards' hands.  His thumb / fingernails to be noticeably dirty and to have the same appearance as the hands in the visual depictions recovered by Det. Reid and the visual depiction in IMG_20190608_053120.

B.    <u>Sandisk 200 GB Micro SD card</u>:  A Sandisk 200 GB Micro SD card in a Kingston MicroSD card adapter was also recovered from Richards' bedroom. The micro SD card contains evidence showing that Richards used Minor Victim 1 and also Minor Victim 2 to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct.  This evidence

14

is described as follows:

  i.  Image 20191004_221928 is an image of a child that this Affiant recognizes as Minor Victim 1. She is wearing blue-green and purple long sleeve pajamas and holding a sign the reads "Oct 4 2019". There are also images 20191004_231742, 20191004_231906, and 20191004_231917 in which Minor Victim 1 appears to be asleep. In each of these 3 images, she is wearing the same pajamas described above, and an adult hand is holding an exposed penis against her mouth and/or face.  The sign and naming convention of the images leads this Affiant to believe the images were produced on October 4, 2019.

  ii.  File 20191011_045146 is a video showing the face of a person that this Affiant believes to be Richards.  Richards is depicted licking the genital area of a prepubescent child that this Affiant believes to be Minor Victim 2 based on her size. The child has her legs pulled up and her knees spread apart.  The naming convention of this video would lead this Affiant to conclude that the depiction was created on or about October 11, 2019.

  iii.  File 20191005_233750(1) shows Minor Victim 1 laying on her back on a bed with her legs spread and her vaginal area exposed. She is wearing a black top and her face is partially visible. As the camera moves, a circle tattoo is partially visible on the arm of an adult

holding the camera. This tattoo is consistent with a tattoo this Affiant
has observed in pictures of Richards.

iv.     File 20191005_234017 is a video that depicts a
prepubescent female laying on her back on a bed with her legs spread
and her vaginal area exposed. Donald R. Richards III is clearly visible
in the depiction, and he is shown making oral contact with the vaginal
area of the child and rubbing the child's genital area with his fingers.

v.     The naming convention and the minor victim's position in
these videos (File 20191005_234017 and File 20191005_233750(1))
lead this Affiant to believe that Richards used this child to engage in
sexually explicit conduct for the purpose of creating these visual
depictions of the conduct on October 5, 2019 and were recorded during
the same event.

C.     Micro SD Card from Richards' Cell Phone:  The microSD card
recovered from Richards' cell phone contained multiple images of Richards,
including some showing a circle tattoo on the inside of his forearm. The
microSD card also contained images of the exposed vaginal area of a
prepubescent child. This includes "Image226" which this Affiant describes as
a prepubescent child spreading her exposed vaginal area with her fingers.

17.     Conclusions Drawn:  This Affiant believes the following, based on the
evidence obtained on-scene as well as the Kik chats:

A.     That DONALD ROBERT RICHARDS III used Minor Victims 1

16

and 2 to engage in sexually explicit conduct for the purpose of creating visual depictions of Minor Victims 1 and 2 engaged in the conduct. This Affiant recognizes Minor Victim 1 from the images and she was present on scene at the time that the warrant was executed. This Affiant also observed Minor Victim 2 on-scene. I recognize her from the images disseminated to Det. Reid and believe that she is depicted in at least one of the images created by Richards that was found in his residence at the time the warrant was executed. I recognize Richards in the visual depictions based on my own observations of his physical appearance as well as the tattoo described above.

B.      That DONALD ROBERT RICHARDS III distributed these visual depictions using Kik, an internet-based application. This Affiant further believes that having Minor Victim 1 hold a sign with the date on it shows that Richards is communicating with another online user about the sexual exploitation of children and is attempting to show that Richards is creating child abuse imagery that is "new," as opposed to sending "old" child pornography that is otherwise available online.

18.     **Interstate and Foreign Commerce:** Richards used Kik to transport the images of Minor Victims 1 and 2 in interstate and foreign commerce. Kik is a Messaging service which uses the Internet, a means and facility of interstate and foreign commerce. The visual depictions of Minor Victims 1 and 2 were produced and stored using devices that were not manufactured or contain parts that were not manufactured in the State of Indiana, and, therefore, travelled in interstate and

17

foreign commerce.

19.   **Venue**:  Richards is a resident of the Southern District of Indiana, and this Affiant believes that Richards exploited Minor Victims 1 and 2 and distributed the sexually explicit visual depictions of them within the Southern District of Indiana and elsewhere.

20.   **Conclusion** Based upon the contents of this Affidavit, there is probable cause to believe that Donald Robert Richards III has committed the above listed offenses.  I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for Donald Robert Richards III charging him with the offenses listed above.

_Darin Odier_
Task Force Officer Darin Odier
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone this 17th day of April, 2020.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

18